No. 03–6183. LEE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER

took no part in the consideration or decision of this petition.